**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1578

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

TAMARA SAUNDERS; JOHN ZACKER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (8:06-cv-00578-PJM)

Submitted: July 20, 2006                    Decided: July 24, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael J. Sindram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Sindram appeals a district court judgment summarily dismissing his complaint for having failed to state a claim and for having failed to comply with the requirements of a pre-filing injunction. We have reviewed the record and the district court's order and affirm for the reasons of the district court. <u>See</u> <u>Sindram v. Saunders</u>, No. 8:06-cv-00578-PJM (D. Md. Mar. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>